# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Melissa Schneikart<br>&<br>Paul Schneikart<br>                 **Debtors** | BK NO. 18-01369 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Fay Servicing as servicer for PROF-2013-M4 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee and index same on the master mailing list.

                                  Respectfully submitted,

                                  **/s/ James C. Warmbrodt, Esquire**
                                  James C. Warmbrodt, Esquire
                                  Attorney ID: 42524
                                  KML Law Group, P.C.
                                  BNY Mellon Independence Center
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA  19106
                                  JWarmbrodt@kmllawgroup.com
                                  215-627-1322