```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 18-01369-RNO
Paul Schneikart                                                         Chapter 13
Melissa Schneikart
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5           User: KADavis                Page 1 of 2              Date Rcvd: Sep 07, 2018
                               Form ID: ordsmiss            Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2018.
db/jdb         +Paul Schneikart,    Melissa Schneikart,    54 Lawrence Street,    Wilkes-Barre, PA 18702-1540
cr             +Prof -2013-M4 Legal Title Trust II,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave.suite # 100,    Boca Raton, FL 33487-2853
5043865        +Allentown Anes Assoc. Inc.,    Lock Box 3357,    PO Box 8500,    Philadelphia, PA 19178-8500
5043867         Apex Asset Management, LLC,    2501 Oregon Pike Suite 102,    Lancaster, PA 17601-4890
5043869         Bone and Joint Associates,    220 South River Street,    Plains, PA 18705-1137
5043870         CBCS,   For Lehigh Valley Hospital,    PO Box 2724,    Columbus, OH 43216-2724
5043871         Commonwealth Health,    Wilkes-Barre General Hospital,    PO Box 637907,
                 Cincinnati, OH 45263-7907
5043874         DJO Global,    PO Box 515471,    Los Angeles, CA 90051-6771
5043876        +FCI Lender Services, Inc.,    PO Box 27370,    Anaheim, CA 92809-0112
5043875        +Fay Servicing,    PO Box 619063,    Dallas, TX 75261-9063
5043878         Financial Recoveries,    PO Box 1388,   Mt Laurel, NJ 08054-7388
5043879         Geisinger Health System,    PO Box 27727,    Newark, NJ 07101-7727
5043882         Laboratory Corporation of America Holdings,    For Northeastern Rehabilitation,    PO Box 2240,
                 Burlington, NC 27216-2240
5043883        +Lehigh Valley Anes Serv,    Lock Box 3367,    PO Box 8500,    Philadelphia, PA 19178-8500
5043884         Lehigh Valley Health Network,    PO Box 781733,    Philadelphia, PA 19178-1733
5043886         Luzerne County Flood Protection Authority,    c/o Northeast Revenue Service,
                 200 North River Street,    Wilkes-Barre, PA 18711-1004
5043885        +Luzerne County Tax Claim Bureau,    c/o Northeast Revenue Service,    200 North River Street,
                 Wilkes-Barre, PA 18711-1004
5043887         MedExpress Billing,    Attn: 7964C,   PO Box 14000,    Belfast, ME 04915-4033
5043890        +Northeast Radiation Oncology Center,    PO Box 4167,    Scranton, PA 18505-6167
5071208        +PROF-2013-M4 Legal Title Trust II,    C/O Fay Servicing LLC,    3000 Kellway Dr., Ste 150,
                 Carrollton, TX 75006-3357
5048044        +Partners for Payment Relief DE II, LLC,    920 Cassatt Road, Suite 210,    Berwyn, PA 19312-1178
5043892         PennCredit,    For Health Network Laboratories,    916 S 14th Street,    PO Box 988,
                 Harrisburg, PA 17108-0988
5043895        +Prof-2013-M4,    Legal Title Trust II,    60 Livingston Ave EP-MN-WS3D,    St Paul, MN 55107-2292
5049552        +Prof-2013-M4-Legal Title Trust II,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,   6409 Congress Ave,
                 Boca Raton Fl. 33487-2853
5043896        +Prof-2013-S3,    Legal Title Trust II,    440 S Lasalle St Ste 2000,    Chicago, IL 60605-5011
5043897         Professional Account Services, Inc.,    PO Box 188,    Brentwood, TN 37024-0188
5043898         Radiology Associates of Wyoming,    PO Box 197,    State College, PA 16804-0197
5043900         Seterus,    PO Box 1077,   Hartford, CT 06143-1077
5043902        +Vision Imaging of Kingston, LLC,    PO Box 3400,    Kingston, PA 18704-0400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5043866         E-mail/Text: ebn@americollect.com Sep 07 2018 19:01:38      Americollect,
                 For Vision Imaging of Kingston,    1851 S Alverno Road,    PO Box 1690,
                 Monitowoc, WI 54221-1690
5043868        +E-mail/Text: asi@auditsystemsinc.net Sep 07 2018 19:01:56      Audit Systems Incorporated,
                 For Certegy Check Services,    3696 Ulmerton Road Suite 200,    Clearwater, FL 33762-4237
5043872        +E-mail/Text: tuscolsup@fisglobal.com Sep 07 2018 19:01:47
                 Complete Payment Recovery Services, Inc.,    3500 5th Street,    Northport, AL 35476-4723
5043873        +EDI: CONVERGENT.COM Sep 07 2018 22:58:00      Convergent Outsourcing, Inc.,   800 SW 39th Street,
                 PO Box 9004,    Renton, WA 98057-9004
5043877        +E-mail/Text: bknotices@fenton-mcgarvey.com Sep 07 2018 19:01:18
                 Fenton & McGarvey Law Firm, P.S.C.,    2401 Stanley Gault Parkway,    Louisville, KY 40223-4175
5043880         E-mail/Text: bankruptcy@avadynehealth.com Sep 07 2018 19:01:20      H&R Accounts, Inc.,
                 5320 22nd Avenue,    PO Box 672,    Moline, IL 61266-0672
5071980         EDI: MERRICKBANK.COM Sep 07 2018 22:58:00      MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
5043888        +E-mail/Text: mmrgbk@miramedrg.com Sep 07 2018 19:01:35      MiraMed Revenue Group,
                 360 E 22nd Street,    Lombard, IL 60148-4924
5043889        +E-mail/Text: Bankruptcies@nragroup.com Sep 07 2018 19:01:55      National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
5043893        +E-mail/Text: blegal@phfa.org Sep 07 2018 19:01:34      PHFA-HEMAP,    211 N Front St,
                 PO Box 15530,    Harrisburg, PA 17105-5530
5043894         EDI: PRA.COM Sep 07 2018 22:58:00      Portfolio Recovery Associates LLC,
                 For Capital One Bank (USA) N.A.,    PO Box 12914,    Norfolk, VA 23541
5046293         EDI: PRA.COM Sep 07 2018 22:58:00      Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
5044506        +EDI: PRA.COM Sep 07 2018 22:58:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5043891        +E-mail/Text: vhays@pprnoteco.com Sep 07 2018 19:01:44      Partners for Payment Relief,
                 DEII LLC,    3748 West Chester Pike Ste 103,   Newton Square, PA 19073-3252
5044548         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 07 2018 19:01:30
                 Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
5060232         EDI: Q3G.COM Sep 07 2018 22:58:00      Quantum3 Group LLC as agent for,    CF Medical LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
```

```
District/off: 0314-5          User: KADavis            Page 2 of 2           Date Rcvd: Sep 07, 2018
                              Form ID: ordsmiss        Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
5043899         +E-mail/Text: compliance@sentrycredit.com Sep 07 2018 19:01:53     Sentry Credit, Inc.,
                 2809 Grand Avenue,    Everett, WA 98201-3417
5043901         EDI: VERIZONCOMB.COM Sep 07 2018 22:58:00      Verizon,   PO Box 25505,
                 Lehigh Valley, PA  18002-5505
5068406         EDI: AIS.COM Sep 07 2018 22:58:00      Verizon,    by American InfoSource LP as agent,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                             TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
5043881       ##+Health Network Laboratories,   2024 Lehigh Street,    Allentown, PA 18103-4938
                                                                              TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2018 at the address(es) listed below:
```
          Charles A Shaffer    on behalf of Debtor 1 Paul  Schneikart shaffer@pfslawyer.com,
           joanne@pfslawyer.com
          Charles A Shaffer    on behalf of Debtor 2 Melissa  Schneikart shaffer@pfslawyer.com,
           joanne@pfslawyer.com
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    PROF-2013-M4 Legal Title Trust II, by U.S. Bank
           National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
          Kevin  Buttery    on behalf of Creditor    Prof -2013-M4 Legal Title Trust II kbuttery@rascrane.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Paul Schneikart, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 5:18–bk–01369–RNO |
| Melissa Schneikart, | |
| **Debtor 2** | |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation pursuant to LR 2016–2(h).**

Dated: September 7, 2018

By the Court,

*Robt N. Opel II* (signature)

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: KADavis, Deputy Clerk

ordsmiss (05/18)